**Arthur BROWN, Plaintiff-Appellant,**

v.

**BOARD OF ZONING ADJUSTMENT OF the CITY OF KANSAS CITY, Missouri, and Codes Administration Division of the Public Works Department of Kansas City, Missouri, Defendants-Respondents,**

**and**

**Ronald G. Fago, Defendant-Intervenor.**

**No. WD 36291.**

Missouri Court of Appeals,
Western District.

July 30, 1985.

Rehearing Denied Oct. 1, 1985.

Timothy S. Frets, Baker & Sterchi, Kansas City, for plaintiff-appellant.

Richard N. Ward, City Atty., Kathleen Hauser, Heather Brown, Asst. Atty., Kansas City, for defendants-respondents.

Gerald L. Thompson, Landman & Thompson, Kansas City, for defendant-intervenor.

Before LOWENSTEIN, P.J., and SHANGLER and SOMERVILLE, JJ.

### ORDER

PER CURIAM.

Appeal from summary judgment in favor of Board of Zoning Adjustment of the City of Kansas City, Missouri, and Codes Administration Division of the Public Works Department of Kansas City, Missouri, and against Arthur Brown on the latter party's petition for writ of mandamus.

Affirmed.   Rule 84.16(b).